IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARC WEINSTEIN and<br>H. THOMAS FERGUSON, and<br>RICHARD PELTON<br>Individually and on behalf of all others<br>similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LENFEST MEDIA GROUP, LLC and<br>HAMPTON DIRECT, INC.<br><br>　　　　　　Defendants. | :<br>:<br>:　Civil Action No. 14-1251-ER<br>:<br>:　CLASS ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

_____

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Defendant Lenfest Media Group, LLC hereby states that it is not a publicly-owned company, it does not have a parent company and no publicly-owned company owns 10% or more of its stock.

Defendant Hampton Direct, Inc. hereby states that it is not a publicly-owned company, it does not have a parent company, and no publicly-owned company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　　　/s/ Burt M. Rublin
　　　　　　　　　　　　　　　　　　　　　David H. Pittinsky
　　　　　　　　　　　　　　　　　　　　　PA Atty ID No. 4552
　　　　　　　　　　　　　　　　　　　　　Burt M. Rublin
　　　　　　　　　　　　　　　　　　　　　PA Atty ID No. 32444
　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-7599
　　　　　　　　　　　　　　　　　　　　　(215) 665-8500
　　　　　　　　　　　　　　　　　　　　　(215) 864-8999 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　Lenfest Media Group, LLC
　　　　　　　　　　　　　　　　　　　　　Hampton Direct, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be served a true and correct copy of the foregoing Corporate Disclosure Statement upon Brian Felgoise, Esquire by ECF, and such document is available for viewing and downloading via the ECF system.

Date: May 28, 2014

                                                          */s/ Burt M. Rublin*
                                                          Burt M. Rublin