THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WEINSTEIN and<br>H. THOMAS FERGUSON, and<br>RICHARD PELTON,<br>Individually and on behalf of all others<br>similarly situated,<br>     Plaintiffs,<br>  v.<br><br>LENFEST MEDIA GROUP, LLC and<br>HAMPTON DIRECT, INC.<br><br>     Defendants. | CIVIL ACTION NO. 14-1251-ER |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action and all of the claims contained herein with prejudice, with each party bearing its own attorneys' fees and costs.

FELGOISE LAW FIRM

By: *BMF 1980*
Brian M. Felgoise
261 Old York Road
Suite 518
Jenkintown, PA 19046
215-886-1900


Mark S. Henzel
Law Offices of Mark Henzel
431 Montgomery Avenue
Suite B
Merion Station, PA 19066
610-660-8000

Attorneys for Plaintiffs

DMEAST #19022921 v1                              EXHIBIT A